UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| DAVID ANTHONY TOLLIVER | ) | |
| HERMAINE R. TOLLIVER | ) | Case No. 14-08310 |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF DAVID ANTHONY AND HERMAINE R. TOLLIVER**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $3,158.50 for 8.2 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) from June 26, 2014, to the present.  In addition, Q&B requests reimbursement for necessary costs in the amount of $176.00.

In support of this Final Application, Trustee states as follows:

**I.    COMMENCEMENT OF PROCEEDING**

1.    On March 10, 2014, Debtors filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2.    The 341 meeting was initially held on April 2, 2014, continued to May 16, 2014 and again to June 4, 2014.

3.    On June 26, 2014, Trustee filed his initial report of assets.

4.    On August 19, 2014, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to June 26, 2014.

5.    All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other

person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY QUARLES & BRADY LLP

6. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on June 26, 2014. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

7. Q&B drafted and presented the motion to retain Q&B as Trustee's General Counsel and began to prepare this motion for fees and costs. In connection with the foregoing, Q&B expended 3.7 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $1,478.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1)**. The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.2 |
| Sara K. Baker | 1.5 |
| Colleen A. Greer | 1.0 |

### B. ASSETS

8. Per Debtors' Schedule B, Debtors indicated that they owned a 2008 Toyota 4Runner ("**4Runner**") and a 2009 Toyota Corolla ("**Corolla**") (collectively, the "**Vehicles**"). Debtors indicated that they wished to keep the Corolla, which they valued at $10,000.00. There was no lien on the Corolla, but Debtors did assert a $2,600.00 exemption. The 4Runner was valued at $13,000.00 but had a $4,500 lien and Debtors claimed an exemption in the amount of $6,400.00. Trustee and counsel for Debtors exchanged numerous e mails exploring a number of options to unlock the equity in the Vehicles. These options ranged from selling one or both of

them to Debtors or CarMax, to selling both of them to Debtors for a cash payment, to selling both Vehicles to Debtors for a down payment with periodic payments on the balance. These discussions also included various shifts in Debtors' exemptions.

9. On September 4, 2014, this Court entered an order allowing Debtors to file an Amended Schedule C, taking no exemption in the 4Runner and allowing Trustee to sell the 4Runner to CarMax for $13,000.00, less wear and tear deemed by CarMax to be sustained from the date of the original appraisal to the date of sale, paying the outstanding lien on the 4Runner, the balance being paid to the bankruptcy estate. In addition, Debtors allocated a $9,000.00 exemption to the Corolla and paid the bankruptcy estate $1,000.00 for the Corolla.

10. The 4Runner was sold to CarMax for $11,000.00 (decreased $2,000 since the initial appraisal), from which CarMax paid the remainder of the lien then owed on the 4Runner of $1,278.58 (decreased by almost $3,200 since the petition date), and turning the balance of $9,725.82 over to the bankruptcy estate. In connection with the foregoing, Q&B expended 4.5 hours for which it requests compensation of $1,680.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | .5 |
| Sarah K. Baker | 2.3 |
| Lauren N. Beslow | 1.2 |
| Colleen A. Greer | .5 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

11. Since June 26, 2014, Q&B has devoted 8.2 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $3,158.50.

12. In addition, Q&B requests reimbursement for necessary costs in the amount of $176.00 for photocopy charges ($.10 per page) incurred for service of the motion to sell the Vehicles.

13. Attached as **Exhibit B** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

14. Attached as **Exhibit C** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $3,158.50 for actual, necessary and valuable professional services rendered;

B. Authorizing reimbursement of actual and necessary costs of $176.00; and

C. For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By: /s/Philip V. Martino
      Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

QB\31171215.1



411 East Wisconsin Avenue
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 2003002
Invoice Date: November 18, 2014

Privileged & Confidential

Philip V. Martino as Trustee for Tolliver
David Anthony and Hermaine R. Tolliver
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through November 18, 2014
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 155448.00003

|  |  |
|---|---|
| Current Fees: | $ 848.50 |
| Current Total Due: | $ 848.50 |
| **TOTAL AMOUNT DUE:** | **$ 848.50** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Tolliver David Anthony Tolliver and
Hermaine R. Tolliver
RE: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 155448.00003

November 18, 2014

Invoice Number: 2003002
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 06/26/14 | Review Motion to Retain Counsel. | SBAKER | 0.50 |
| 06/26/14 | Prepare draft motion to retain Quarles & Brady as attorney for Trustee (.5). | CGREER | 0.50 |
| 06/27/14 | Review conflicts results to identify connections to be included in retention motion. | PMARTINO | 0.10 |
| 07/10/14 | Review and revise retroactive retention motion. | PMARTINO | 0.10 |
| 08/19/14 | Attend hearing on Motion to Retain Counsel. | SBAKER | 1.00 |
| 11/12/14 | Prepare draft of Q&B fee application for final report (.5). | CGREER | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.20 | 630.00 | 126.00 |
| SBAKER | Sarah K. Baker | 1.50 | 365.00 | 547.50 |
| CGREER | Colleen A. Greer | 1.00 | 175.00 | 175.00 |
| Total | | 2.70 | | 848.50 |

Total Fees:       $       848.50



| | | |
|---|---|---|
| | 411 East Wisconsin Avenue<br>Suite 2400<br>Milwaukee, WI 53202-4426<br>Tel. 414.277.5000<br>Fax 414.271.3552<br>www.quarles.com | Attorneys at Law in:<br>Chicago, Illinois<br>Milwaukee and Madison, Wisconsin<br>Naples and Tampa, Florida<br>Phoenix and Tucson, Arizona<br>Washington, DC |

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   2003001                                      Privileged & Confidential
Invoice Date:     November 18, 2014

---

Philip V. Martino as Trustee for Tolliver
David Anthony and Hermaine R. Tolliver
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through November 18, 2014
Re: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 155448.00005

|  |  |  |
|---|---|---|
| Current Fees: | $ | 1,680.00 |
| Current Total Due: | $ | 1,680.00 |
| **TOTAL AMOUNT DUE:** | **$** | **1,680.00** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Tolliver David Anthony Tolliver and
Hermaine R. Tolliver
RE: Assets Chapter 7 Bankruptcy
Q & B Matter Number: 155448.00005

November 18, 2014

Invoice Number: 2003001
Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 06/26/14 | Review Motion to Sell Vehicles. | SBAKER | 0.30 |
| 06/26/14 | Prepare draft motion to sell vehicle to CarMax (.5). | CGREER | 0.50 |
| 07/10/14 | Review and revise sale motion and order (again to reflect changed deal). | PMARTINO | 0.10 |
| 07/11/14 | Emails to/from and conference with Debtor's counsel regarding sale motion revisions. | PMARTINO | 0.20 |
| 07/21/14 | Review e-mails regarding sale of vehicles. | SBAKER | 0.40 |
| 07/25/14 | Review Sale Motion. | SBAKER | 0.30 |
| 08/20/14 | Telephone call with H. Tolliver regarding car payment. | SBAKER | 0.20 |
| 08/26/14 | Attend court hearing on motion to sell vehicles (1.1); discuss same with S. Baker (.1). | LNACHINS | 1.20 |
| 08/28/14 | Revise order authorizing Trustee to sell vehicles. | SBAKER | 0.80 |
| 09/18/14 | Review sale order and draft e-mail to Debtors' counsel about sale of 4Runner. | SBAKER | 0.30 |
| 11/07/14 | Revise report of sale. | PMARTINO | 0.20 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.50 | 630.00 | 315.00 |
| LNACHINS | Lauren N. Beslow | 1.20 | 365.00 | 438.00 |
| SBAKER | Sarah K. Baker | 2.30 | 365.00 | 839.50 |
| CGREER | Colleen A. Greer | 0.50 | 175.00 | 87.50 |
| Total | | 4.50 | | 1,680.00 |

Total Fees:                              $     1,680.00



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:    2003000
Invoice Date:      November 18, 2014

Privileged & Confidential

Philip V. Martino as Trustee for Tolliver
David Anthony and Hermaine R. Tolliver
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through November 18, 2014
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 155448.00006

|  |  |  |
|---|---|---|
| Current Disbursements: | $ | 176.00 |
| Current Total Due: | $ | 176.00 |
| **TOTAL AMOUNT DUE:** | **$** | **176.00** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

| | |
|---|---|
| Philip V. Martino as Trustee for Tolliver David Anthony Tolliver and Hermaine R. Tolliver | November 18, 2014 |
| RE: General/Costs Chapter 7 Bankruptcy | Invoice Number: 2003000 |
| Q & B Matter Number: 155448.00006 | Page 2 |

**DISBURSEMENTS:**

| | | | |
|---|---|---|---:|
| 08/11/14 | Paid To Clerk of the Bankruptcy Court Court cost to file motion to sell vehicles | $ | 176.00 |
| | Total Disbursements: | $ | 176.00 |
| | Total Fees and Disbursements: | $ | 176.00 |

## **BIOGRAPHICAL INFORMATION**

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; and his current hourly billing rate is $630.00.

**Lauren N. Beslow** is a partner in the Q&B Chicago office and practices in the Firm's commercial bankruptcy, restructuring and creditors' rights group. She received her B.A. from Emory University in 2003 and her J.D. (*cum laude*) from the University of Illinois College of Law in 2006. She is a member of the Illinois Bar. Ms. Beslow's hourly billing rate for 2014 is $365.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her hourly billing rate for fiscal year 2013 was 345.00; and her current hourly billing rate is $365.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 24 years. Her hourly billing rate is $175.00.

**STATE OF ILLINOIS** )
         ) SS
**COUNTY OF COOK** )

  I, Philip V. Martino, on oath, state as follows:

  1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtors.

  2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

  3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

  4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

  5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

  6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

  7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

  8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

  9. I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

10. I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.