TIMOTHY A. BARNES

**UNITED STATES BANKRUPTCY COURT**

NORTHERN **DISTRICT OF** ILLINOIS

CHICAGO **DIVISION**

In re:  §
§
TOLLIVER, DAVID ANTHONY  §    Case No. 14-08310
TOLLIVER, HERMAINE R  §
§
Debtor(s)  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/06/2015 in Courtroom 613,

United States Bankrupt Court
219 South Dearborn
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/24/2014          By: Clerk of the Bankruptcy Court
                                       Clerk of the Bankruptcy Court


PHILIP V. MARTINO
300 NORTH LASALLE STREET
SUITE 4000
CHICAGO, IL 60654

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
TOLLIVER, DAVID ANTHONY § Case No. 14-08310
TOLLIVER, HERMAINE R §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,000.00 |
| and approved disbursements of | $ | 1,284.18 |
| leaving a balance on hand of[1] | $ | 10,715.82 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 3,158.50 | $ 0.00 | $ 3,158.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 176.00 | $ 0.00 | $ 176.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,284.50 |
| Remaining Balance | | $ | 5,431.32 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,782.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 3,953.01 | $ 0.00 | $ 431.28 |
| 000002 | Capital One Bank (USA), N.A. | $ 1,607.32 | $ 0.00 | $ 175.36 |
| 000003 | US Dept of Education | $ 36,564.76 | $ 0.00 | $ 3,989.24 |
| 000004 | Dell Financial Services, LLC | $ 2,252.11 | $ 0.00 | $ 245.70 |
| 000005 | Portfolio Recovery Associates, LLC | $ 5,405.48 | $ 0.00 | $ 589.74 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,431.32 |
| | Remaining Balance | | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
David Anthony Tolliver
Hermaine R Tolliver
    Debtors

Case No. 14-08310-TAB
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt              Page 1 of 2                   Date Rcvd: Nov 25, 2014
                              Form ID: pdf006            Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2014.
```
db/jdb         +David Anthony Tolliver,    Hermaine R Tolliver,    120 Red Barn Rd,    Matteson, IL 60443-1053
21627713      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  BANK OF America,     Attn: Bankruptcy Dept.,    Po Box 982235,
                 El Paso,TX 79998)
21627699       +Blitt and Gaines, PC,    Bankruptcy Department,    661 Glenn Ave.,    Wheeling,IL 60090-6017
21627702      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond,VA 23285)
21627712       +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
22181947        Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
21627697       +Citibank N.A.,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
                 Norfolk,VA 23502-4962
21627698       +Clerk, First Mun Div,    Doc #13m1-154463,    50 W. Washington St., Rm. 1001,
                 Chicago,IL 60602-1316
22392479      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:  Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
21627719        Dell Financial Services,    Bankruptcy Dept.,    12334 N IH 35,    Austin,TX 78753
21627701       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
21627714       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
21627696       +Harris & Harris LTD,    Attn: Bankruptcy Dept.,    600 W Jackson Blvd Ste 4,
                 Chicago,IL 60661-5675
21627711       +Nationstar Mortgage LL,    Attn: Bankruptcy Dept.,    350 Highland Dr,    Lewisville,TX 75067-4177
22443007      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,     successor to CITIBANK, N.A.,
                 PO Box 41067,    Norfolk, VA 23541)
21627704        Professional Clinical Laboratories, LLC,    Attn: Bankruptcy Dept.,    55 W. Court Street,
                 Ste. 300,    Kankakee,IL 60901
21627706        Professional Clinical Laboratories, LLC,    Attn: Bankruptcy Dept.,    55 West Court St.,
                 Ste 300,    Kankakee,IL 60901
21627718       +Sears/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6283,    Sioux Falls,SD 57117-6283
21627716       +Toyota FSB,    Attn: Bankruptcy Dept.,    Po Box 108,    Saint Louis,MO 63166-0108
21627700       +Toyota Motor Credit,    Attn: Bankruptcy Dept.,    1111 W 22Nd St Ste 420,
                 Oak Brook,IL 60523-1959
21627715       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
21627710       +US DEPT OF ED/Glelsi,    Attn: Bankruptcy Dept.,    Po Box 7860,    Madison,WI 53707-7860
22352050        US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison WI  53708-8973
21627720       +United Collection Bureau, Inc.,    Bankruptcy Dept.,    5620 Southwyck Blvd., Ste. 206,
                 Toledo,OH 43614-1501
21627708       +Wellgroup Health Partners,    Bankruptcy Dept.,    333 Dixie Highway,
                 Chicago Heights,IL 60411-1748
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21627705       +E-mail/Text: clerical.department@yahoo.com Nov 26 2014 00:07:01     Creditors Collection Bureau,
                 Bankruptcy Dept.,    PO Box 63,    Kankakee,IL 60901-0063
21627709       +E-mail/Text: mmrgbk@miramedrg.com Nov 26 2014 00:07:16      MiraMed Revenue Group,
                 Bankruptcy Dept.,    Dept. 77304, PO Box 77304,    Detroit,MI 48277-0001
                                                                                              TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21627703*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond,VA 23285)
21627707*      +Creditors Collection Bureau,    Bankruptcy Dept.,    PO Box 63,    Kankakee,IL 60901-0063
21627717*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:  Webbank/DFS,     Attn: Bankruptcy Dept.,    12234 N Ih 35 Sb Bldg B,
                 Austin,TX 78753)
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: dpruitt              Page 2 of 2                   Date Rcvd: Nov 25, 2014
                               Form ID: pdf006            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2014                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 24, 2014 at the address(es) listed below:
              John Edward Rigney    on behalf of Debtor David Anthony Tolliver ndil@geracilaw.com,
               johnedwardrigney@gmail.com
              John Edward Rigney    on behalf of Joint Debtor Hermaine R Tolliver ndil@geracilaw.com,
               johnedwardrigney@gmail.com
              Nathan E Curtis    on behalf of Joint Debtor Hermaine R Tolliver ndil@geracilaw.com
              Nathan E Curtis    on behalf of Debtor David Anthony Tolliver ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
              Sarah    Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               stella.love@quarles.com
                                                                                             TOTAL: 8
```