TIMOTHY A. BARNES

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**
**DIVISION**

In re:                                    §
                                          §
TOLLIVER, DAVID ANTHONY                   §        Case No. 14-08310
TOLLIVER, HERMAINE R                      §
                                          §
                                          §
            Debtor(s)                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nationstar Mortgage LL Attn: Bankruptcy Dept. 350 Highland Dr Lewisville TX 75067 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Toyota Motor Credit Attn: Bankruptcy Dept. 1111 W 22Nd St Ste 420 Oak Brook IL 60523 | | | | | |
| | TOYOTA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BANK OF America Attn: Bankruptcy Dept. Po Box 982235 El Paso TX 79998 | | | | | |
| 11 | Professional Clinical Laboratories, LLC Attn: Bankruptcy Dept. 55 West Court St. Kankakee IL 60901 | | | | | |
| 13 | Toyota FSB Attn: Bankruptcy Dept. Po Box 108 Saint Louis MO 63166 | | | | | |
| 14 | Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 Webbank/DFS Attn: Bankruptcy Dept. 12234 N Ih 35 Sb Bldg B Austin TX 78753 :  XXXXX7673 17 Wellgroup Health Partners Bankruptcy Dept. 333 Dixie Highway Chicago Heights IL 60411 | | | | | |
| | 4 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 5 Citibank  N.A. C/O Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk VA 23502 | | | | | |
| | 7 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 8 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 Harris & Harris LTD Attn: Bankruptcy Dept. 600 W Jackson Blvd Ste 4 Chicago IL 60661 :  16694592 10 Professional Clinical Laboratories, LLC Attn: Bankruptcy Dept. 55 W. Court Street Kankakee IL 60901 | | | | | |
| | Clerk, First Mun Div Doc #13m1-154463 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Creditors Collection Bureau Bankruptcy Dept. PO Box 63 Kankakee IL 60901 | | | | | |
| | Creditors Collection Bureau Bankruptcy Dept. PO Box 63 Kankakee IL 60901 | | | | | |
| | MiraMed Revenue Group Bankruptcy Dept. Dept. 77304, PO Box 77304 Detroit MI 48277 | | | | | |
| | United Collection Bureau, Inc. Bankruptcy Dept. 5620 Southwyck Blvd., Ste. 206 Toledo OH 43614 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | DELL FINANCIAL SERVICES, LLC | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000003 | US DEPT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 14-08310   TAB   Judge: TIMOTHY A. BARNES | Trustee Name: PHILIP V. MARTINO |
| Case Name: TOLLIVER, DAVID ANTHONY | Date Filed (f) or Converted (c): 03/10/14 (f) |
| TOLLIVER, HERMAINE R | 341(a) Meeting Date: 04/02/14 |
| For Period Ending: 02/11/15 | Claims Bar Date: 09/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 120 Red Barn Rd Matteson, IL 60443 - (Debtors prim | 181,323.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America Savings Account | 50.00 | 0.00 | | 0.00 | FA |
| 4. Household Items | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Books, CDs, DVDs, Tapes/Records, Family Pictures | 200.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7. Watch, costume jewelry, wedding ring | 300.00 | 0.00 | | 0.00 | FA |
| 8. Firearms, photo or sporting equipment | 200.00 | 0.00 | | 0.00 | FA |
| 9. 2013 Expected Tax Return | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Toyota 4Runner | 13,000.00 | 11,000.00 | | 11,000.00 | FA |
| 11. Toyota Corolla | 8,468.00 | 1,000.00 | | 1,000.00 | FA |
| 12. Family Pet | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $207,191.00 | $12,000.00 | $12,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/20        Current Projected Date of Final Report (TFR): 01/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 14-08310  -TAB | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | TOLLIVER, DAVID ANTHONY | Bank Name: | ASSOCIATED BANK |
| | TOLLIVER, HERMAINE R | Account Number / CD #: | *******9960  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6124 | | |
| For Period Ending: | 02/11/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/03/14 | 11 | Tolliver Postal Money Order | Payment on Corolla | | | 1129-000 | 1,000.00 | | 1,000.00 |
| 10/28/14 | | CarMax Inc. | Sale of Vehicle | | | | 9,725.82 | | 10,725.82 |
| | 10 | CARMAX INC. | Memo Amount: | 11,000.00 | | 1129-000 | | | |
| | | | Sale of Vehicle | | | | | | |
| | | TOYOTA | Memo Amount: | ( | 1,274.18 ) | 4210-000 | | | |
| | | | Payoff to Toyota | | | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | | | 2600-000 | | 10.00 | 10,715.82 |
| 01/07/15 | 005001 | Philip V. Martino, Trustee | Trustee Compensation | | | 2100-000 | | 1,950.00 | 8,765.82 |
| 01/07/15 | 005002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | | | | 3,334.50 | 5,431.32 |
| | | | Fees | 3,158.50 | | 3110-000 | | | |
| | | | Expenses | 176.00 | | 3120-000 | | | |
| 01/07/15 | 005003 | Capital One Bank (USA), N.A. | Claim 000001, Payment 10.91017% | | | 7100-000 | | 431.28 | 5,000.04 |
| | | PO Box 71083 | | | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | | | |
| 01/07/15 | 005004 | Capital One Bank (USA), N.A. | Claim 000002, Payment 10.91009% | | | 7100-000 | | 175.36 | 4,824.68 |
| | | PO Box 71083 | | | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | | | |
| 01/07/15 | 005005 | US Dept of Education | Claim 000003, Payment 10.91007% | | | 7100-000 | | 3,989.24 | 835.44 |
| | | Claims Filing Unit | | | | | | | |
| | | PO Box 8973 | | | | | | | |
| | | Madison WI 53708-8973 | | | | | | | |
| 01/07/15 | 005006 | Dell Financial Services, LLC | Claim 000004, Payment 10.90977% | | | 7100-000 | | 245.70 | 589.74 |
| | | Resurgent Capital Services | | | | | | | |
| | | PO Box 10390 | | | | | | | |
| | | Greenville, SC 29603-0390 | | | | | | | |
| 01/07/15 | 005007 | Portfolio Recovery Associates, LLC | Claim 000005, Payment 10.91004% | | | 7100-000 | | 589.74 | 0.00 |
| | | successor to CITIBANK, N.A. | | | | | | | |
| | | PO Box 41067 | | | | | | | |

Page Subtotals          10,725.82          10,725.82

Ver: 18.04

FORM 2                                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                           Exhibit 9

| | |
|---|---|
| Case No: | 14-08310  -TAB |
| Case Name: | TOLLIVER, DAVID ANTHONY |
| | TOLLIVER, HERMAINE R |
| Taxpayer ID No: | *******6124 |
| For Period Ending: | 02/11/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9960  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Norfolk, VA 23541 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 11,000.00 | COLUMN TOTALS | | 10,725.82 | 10,725.82 | 0.00 |
| Memo Allocation Disbursements: | 1,274.18 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 10,725.82 | 10,725.82 | |
| Memo Allocation Net: | 9,725.82 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 10,725.82 | 10,725.82 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 11,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 1,274.18 | Checking Account (Non-Interest Earn - *******9960 | 10,725.82 | 10,725.82 | 0.00 |
| | | | --------------------- | --------------------- | --------------------- |
| Total Memo Allocation Net: | 9,725.82 | | 10,725.82 | 10,725.82 | 0.00 |
| | | | =========== | =========== | =========== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |